UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:06CR35-14-V |
| | ) | |
| v. | ) | NOTICE OF INTENTION TO |
| | ) | SEEK ENHANCED PENALTIES |
| | ) | TITLE 21 U.S.C. §851 |
| (14) JACKIE CLARK | ) | |
| | ) | |

NOW COMES the United States of America, by and through Gretchen C.F. Shappert,

United States Attorney for the Western District of North Carolina, and hereby gives notice of its

intention to seek enhanced penalties by virtue of the Defendant's prior felony drug conviction as

follows:

1.  Case No. 2001CRS002438, Possession Schedule II Controlled Substance, in
    Burke County Superior Court, on or about November 13, 2001.

2.  Case No. 2000CRS008782, Possession Schedule II Controlled Substance, in
    Burke County Superior Court, on or about November 13, 2001.

Respectfully submitted, this 28nd day of August, 2006.

GRETCHEN C.F. SHAPPERT, United States Attorney
s/ Karen S. Marston
Assistant United States Attorney
Karen S. Marston Bar:  State of North Carolina/25311
Attorney for the Plaintiff
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (office)
(704) 344-6629 (facsimile)
Karen.S.Marston@usdoj.gov

## CERTIFICATE OF SERVICE

_____I hereby certify that on this 28th day of August, 2006, the foregoing Motion was duly served upon the defendant herein by electronic mail addressed as follows:

Tolly A. Kennon, III at KennonIII@aol.com

/s KAREN S. MARSTON_____
ASSISTANT UNITED STATES ATTORNEY