# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# NO: 5:06CR35

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JACKIE CLARK (14), | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a handwritten "Motion for Dismissal" from Jackie Clark, filed March 14, 2007. Court records reflect that Mr. Clark is represented by appointed counsel, Tolly A. Kennon, III. It is the practice of the Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Clark has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Clark's "Motion for Dismissal" is **DENIED**, without prejudice to Mr. Clark's right to re-file the motion, if appropriate, through his attorney.

The Clerk of Court is directed to send a copy of the motion to Mr. Kennon along with his copy of this Order.

Signed: March 23, 2007

David C. Keesler
United States Magistrate Judge