IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
NO: 5:06CR35

| | |
|---|---|
| UNITED STATES OF AMERICA, ) Plaintiff, ) ) vs. ) JACKIE CLARK (14), ) Defendant. ) ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion to Conduct Inquiry of Defendant Regarding Defense Counsel's Conflict of Interest and Incorporated Memorandum of Law (document #224) filed by the government in this matter on April 26, 2007; and the Defendant's Motion to Dismiss Government's Motion to Conduct Inquiry Into Status of Counsel (document #226) filed by the Defendant, Jackie Clark, on April 26, 2007. The chambers of the undersigned is now informed that all parties agree that the inquiry sought by the government in this matter was previously conducted by United States Magistrate Judge Carl Horn on January 22, 2007. Accordingly, this motion will be **DENIED AS MOOT**.

**IT IS, THEREFORE, ORDERED** that the Motion to Conduct Inquiry of Defendant Regarding Defense Counsel's Conflict of Interest and Incorporated Memorandum of Law is hereby **DENIED AS MOOT**.

Signed: May 2, 2007

David C. Keesler
United States Magistrate Judge