UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
5:06-CR-35-14 V

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JACKIE CLARK, | ) |
| Defendant. | ) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:** The Director, Bureau of Prisons, Washington, D.C.
**TO:** The United States Marshal, Western District of North Carolina, Charlotte
**TO:** The Chief Executive Officer, Avery/Mitchell Correctional Institution, North Carolina Department of Corrections

GREETINGS:

IT IS ORDERED that you have the body of **WILLIAM CHRISTOPHER RICHARDSON** (identifying information: W/M, North Carolina DOC No. 0343487, DOB: 2/11/1970) detained in the Avery/Mitchell Correctional Institution, Spruce Pine, North Carolina, North Carolina Department of Correction, before the United States District Court Judge at Statesville, North Carolina, at 10:00 a.m. on the 10th day of September, 2007, and at such time as scheduled, for testimony in the above-numbered matter.

IT IS FURTHER ORDERED that immediately after the said case shall have been disposed of, **WILLIAM CHRISTOPHER RICHARDSON**, be returned to the custody of the Chief Executive Officer, Avery/Mitchell Correctional Institution, Spruce Pine, North Carolina, North Carolina Department of Correction, under safe and secure conduct, and have you then and there this writ.

**SO ORDERED.**

Signed: September 5, 2007

David C. Keesler
United States Magistrate Judge