UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06-CR-35-14 V

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| vs. | ) |
| | ) |
| JACKIE CLARK, | ) |
| Defendant. | ) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:** The Director, Bureau of Prisons, Washington, D.C.
**TO:** The United States Marshal, Western District of North Carolina, Charlotte
**TO:** Jim Pendergraph, Mecklenburg County Sheriff, Mecklenburg County Jail, Charlotte, North Carolina

**GREETINGS:**

**IT IS ORDERED** that you have the body of **ROY JAMES BERRY** (identifying information: B/M, Mecklenburg County Prisoner Identification Number No. 200204, DOB: 9/15/1956) detained in the Mecklenburg County Jail, Charlotte, North Carolina, before the United States District Court Judge in Statesville, North Carolina, at 9:30 a.m. on the 25th day of September, 2007, and at such time as scheduled, for testimony in the above-captioned matter.

**IT IS FURTHER ORDERED** that immediately after the said case shall have been disposed of, **ROY JAMES BERRY**, be returned to the custody of Jim Pendergraph, the Mecklenburg County Sheriff, Mecklenburg County Jail, Charlotte, North Carolina, under safe and secure conduct, and have you then and there this writ.

**SO ORDERED**.

Signed: September 19, 2007

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge