# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 5:06-CR-35-14 V

UNITED STATES OF AMERICA          )
                                  )
vs.                               )
                                  )
JACKIE CLARK,                     )
                    Defendant.    )
                                  )
_____ )

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:**   The Director, Bureau of Prisons, Washington, D.C.
**TO:**   The United States Marshal, Western District of North Carolina, Charlotte
**TO:**   Jim Pendergraph, Mecklenburg County Sheriff, Mecklenburg County Jail, Charlotte, North Carolina

**GREETINGS:**

**IT IS ORDERED** that you have the body of **MARLON TWIGGS** (identifying information: B/M, Mecklenburg County Prisoner Identification Number No. 149571, DOB: 5/10/1968) detained in the Mecklenburg County Jail, Charlotte, North Carolina, before the United States District Court Judge at Statesville, North Carolina, at 9:30 a.m. on the 25th day of September, 2007, and at such time as scheduled, for testimony in the above-numbered matter.

**IT IS FURTHER ORDERED** that immediately after the said case shall have been disposed of, **MARLON TWIGGS**, be returned to the custody of Jim Pendergraph, the Mecklenburg County Sheriff, Mecklenburg County Jail, Charlotte, North Carolina, under safe and secure conduct, and have you then and there this writ.

**SO ORDERED.**

Signed: September 19, 2007

Richard L. Voorhees
United States District Judge