IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06CR35-V

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| VS. | )     O R D E R |
| | ) |
| LOUIS PATRICK WARD, | ) |
| JACKIE CLARK, | ) |
|           Defendants | ) |

FILED IN COURT
STATESVILLE, N.C.
SEP 25 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits and that upon request of the Clerk, the custodian of the exhibits shall deliver said exhibits to the Clerk forthwith.

This 25th day of September, 2007.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE