# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:06CR35

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **JACKIE CLARK,** | ) | |
|       Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se letter motion dated October 5, 2007, filed and docketed the same day as a Motion For New Trial. (Document #340)

As an initial matter, the Court construes Defendant's letter as a Motion For Appointment Of New Counsel. In addition to the other types of relief mentioned within Defendant's correspondence, Defendant states that his "lawyer seems to have sold [him] out"; that "no one can get past [counsel's] voicemail"; "too much evidence was left out on [his] attorney's part"; that defense counsel failed to interview and call potential witnesses; that defense counsel failed to introduce or rely on certain items of potentially exculpatory evidence; and that counsel "redefined the word inadequit[sic]." (Letter Motion at 1-2.)

Furthermore, to the extent Defendant requests a new trial, the Court will defer ruling until newly appointed counsel has an opportunity to review the trial record and determine whether a legal basis exists to justify the pro se motion. Should newly appointed counsel elect not to pursue the post-trial motion, counsel should move for withdrawal of said letter motion within sixty (60) days of appointment.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion For New Counsel is hereby **GRANTED**. Accordingly, the Federal Defenders' Office is directed to appoint new counsel.

**IT IS FURTHER ORDERED** that ruling on Defendant's Motion For New Trial is **DEFERRED**. <u>Within sixty (60) days of appointment</u>, counsel shall notify the Court as to the status of this matter 1) with respect to Defendant's <u>pro se</u> letter motion (*i.e.*, by either moving to withdraw said motion, or by fully briefing any legitimate legal issues); and 2) with respect to readiness for sentencing.

Signed: April 14, 2008

Richard L. Voorhees
United States District Judge