IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:06cr35-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JACKIE CLARK | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion To Continue the hearing scheduled for May 3, 2010, in the Statesville Division. For the reasons stated in Defendant's Motion, the Court finds that good cause has been shown to continue this matter. However, the Court feels that a status conference in this matter is needed.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for a continuance is **GRANTED**. Consequently, the Motion Hearing scheduled for May 3, 2010, in the Statesville Division in this matter is hereby continued. **IT IS FURTHER, ORDERED** that this matter is set for a status conference on May 3, 2010, at 2:00 p.m. in the Statesville Division.

Signed: April 26, 2010

Richard L. Voorhees
United States District Judge