IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:06CR35-14-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | **SCHEDULING ORDER** |
| JACKIE CLARK | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Opinion of the Fourth Circuit Court of Appeals, filed December 7, 2011[1], remanding this case for re-sentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for re-sentencing on **Monday, April 2, 2012, at 2 PM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina;

2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before March 16, 2012**; and

3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: January 27, 2012

Richard L. Voorhees
United States District Judge

---

[1] Mandate filed on January 3, 2012.