IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:06-CR-035-RLV-DCK

| | |
|---|---|
| JACKIE CLARK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Petitioner's "Motion To Seal" (Document No. 573) filed May 17, 2017. Having carefully considered the motion and the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Petitioner's "Motion To Seal" (Document No. 573) is **GRANTED**. Petitioner's "Amended Motion To Withdraw As Counsel" (Document No. 572) shall be **SEALED** and remain under seal until further order of this Court.

**SO ORDERED**.

Signed: May 18, 2017

David C. Keesler
United States Magistrate Judge